89B-98"

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

IN CLERK'S OFFICE
MAY 30 2013
U.S. DISTRICT COURT
MID. DIST. TENN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Planintiff, ) | |
| Vs ) | Criminal Case # 3:00CR00090-05 |
| JEREMY MALLARD ) | |
| Defendants, ) | |

**MOTION FOR EARLY TERMINATION OF PROBATION AND/OR**

**SUPERVISED RELEASE TERM**

I, Jeremy Mallard, request that my term of probation and/or supervised released be terminated early for the following reason:

1. I have conducted myself as a law-abiding citizen since my release from incarceration on December 22, 2010.
2. I have maintained gainful employment and I am currently employed as an Operations Supervisor at J&S Transportation in Nashville, Tennessee.
3. I am currently pursuing further education at Nashville State college, Nashville, Tennessee.
4. I attend church regularly at Jackson Street Church of Christ.
5. I have avoided all use of alcohol, tobacco and illicit drugs.
6. I do not associate with persons known to be engaging in illegal activities.
7. I have complied with all conditions of probation/release and have maintained required communication with U.S. Probation Office personnel.

5-29-13
Date

Jeremy Mallard

630 Bell Road
Nashville, TN 37207

( Address )

**CERTIFICATED OF SERVICE**